UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0086-1 (JCS) |
| Plaintiff(s), | |
| v. | **ORDER FOR PRETRIAL PREPARATION FOR CRIMINAL BENCH TRIAL** |
| RONALD M. MILLER, | |
| Defendant(s). | |

Following the Initial Appearance held on March 8, 2007, at 9:30 a.m., IT IS HEREBY ORDERED THAT:

1.  TRIAL DATE

    Trial by the Court will begin on **April 25, 2007, at 8:30 a.m.,** in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The length of the trial shall be not more than one-half (1/2) day.

2.  DISCOVERY

    Both sides will comply with the Federal Rules of Criminal Procedure, and the United States will comply with *Brady v. Maryland*, 373 U.S. 83 (1963), *Giglio v. United States*, 405 U.S. 150 (1972), and *United States v. Agurs*, 427 U.S. 97 (1976).

3.  MOTIONS

    Pretrial motions other than motions in limine may be noticed for any available Friday at 10:30 a.m., before the trial date.

4.  TRIAL PROCEDURES:

    **Not less than two (2) weeks before the trial date**, the parties shall complete the following:

  A. Serve and file a pretrial statement pursuant to Crim. L.R. 17.1-1(b).

  B. Serve and file a trial brief setting forth the following:

    (1) A description of each offense charged in the case;

    (2) A description of all of the relevant facts upon which the parties agree;

    (3) A description of all of the relevant facts upon which the parties disagree;

    (4) A description of the law applicable to each alleged offense, including, but not limited to, a listing of the elements of each alleged offense and affirmative defense and any instructions that the Court should consider in reaching a decision in the case; and

    (5) Points of law on any other issues relevant to the trial, including all foreseeable procedural and evidentiary issues.

  C. Serve and file any motions in limine.

  D. Serve and file a numerical list of each party's exhibits, including a brief statement describing the substance and purpose of each exhibit and the name of the sponsoring witness.

  E. Serve and file a list of the witnesses that each party intends to call at the trial, not including rebuttal witnesses, setting forth for each witness the substance of their testimony.

  F. Exchange exhibits, which shall be **pre-marked** (plaintiff shall use numbers; defendant shall use non-duplicative consecutive numbers as agreed in advance) and **tabbed**.

  G. Deliver three (3) sets of all pre-marked exhibits to chambers (exhibits are not to be filed). Chambers' copies are to be 3-hole punched at the side suitable for insertion into standard binders.

  **Not less than one (1) week prior to the trial date**, the parties shall:

  A. Serve and file any objections to the opposing party's witnesses or to the exhibits on the opposing party's exhibit list, setting forth a detailed basis for each objection.

|   |   |   |
|---|---|---|
| 1 | | B. Serve and file any opposition to any motion in limine (there shall be no reply briefs). |
| 2 | 5. | No party shall be permitted to call any witness or offer any exhibit in their case in chief that is not disclosed pursuant to this Pretrial Order, without leave of Court for good cause shown. |
| 3 | 6. | All motions in limine shall be heard at the trial. |
| 4 | 7. | All documents filed with the Clerk of the Court shall list the criminal case number filed only by the initials "JCS." One copy must be clearly marked as a chambers copy. |

IT IS SO ORDERED.

DATED: March 12, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

3