1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CASBN 138549)
3  Chief, Criminal Division

4  DEREK R. OWENS (CASBN 230237)
   Special Assistant United States Attorney
5
   JENNY YU
6  Law Clerk

7     450 Golden Gate Avenue, Box 36055
      San Francisco, California 94102
8     Telephone: (415) 436-6488
      Fax: (415) 436-7234
9
   Attorneys for Plaintiff
10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                 SAN FRANCISCO DIVISION

14  UNITED STATES OF AMERICA,        )   No. CR 07-0086 MAG
                                     )
15       Plaintiff,                  )
                                     )   **MOTION AND [PROPOSED] ORDER
16  v.                               )   TO DISMISS INFORMATION**
                                     )
17  RONALD M. MILLER,                )
                                     )
18       Defendant.                  )
                                     )
19

20      With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
21  United States Attorney for the Northern District of California moves to dismiss the above
22  Information without prejudice.

23                                      Respectfully submitted,

24                                      SCOTT N. SCHOOLS
                                        United States Attorney
25

26

27  DATED:  April 4, 2007              /s/ Derek R. Owens
                                       DEREK R. OWENS
28                                     Special Assistant United States Attorney


NOTICE OF DISMISSAL
CR 07-0086 MAG

1 | The Court hereby grants leave to dismiss the above Information without prejudice.

2

3 | DATED: 4/4/07

4 | JOSEPH C. SPERO
United States Magistrate Judge

NOTICE OF DISMISSAL
CR 07-0086 MAG